BEFORE THE SECOND DIVISION, AUGUST 16, 1939

No. 41944.—Protest 474234–G of Salem Shawiry (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of laces embroidered. On the authority of *Amrein* v. *United States* (T. D. 49551) the claim at 75 percent under paragraph 1430 was sustained.